DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEVIN DEANGELO BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-421

_____

January 26, 2024

Appeal from the Circuit Court for Desoto County; Don T. Hall, Judge.

Connor R. Martin of Suarez, Rios & Weinberg, P.A., Fort Myers, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lydon Schultz, Assistant Attorney General, Tampa; and Laura Dempsey, Assistant Attorney General, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.